Marian F. Harrison
US Bankruptcy Judge

Dated: 6/16/2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | } | Case No 312-09386-MH-7 |
| AMANDA LYNN MITCHELL | } | |
| | } | Judge Marian F. Harrison |
| Debtor | } | |

## ORDER GRANTING MOTION FOR COMPROMISE AND SETTLEMENT

This matter is before the Court upon the motion of Jeanne Ann Burton, Trustee, by and through counsel, in the above-captioned bankruptcy proceeding. The Trustee filed a Motion to approve a compromise and settlement with Debtor regarding a transvaginal mesh settlement. It appearing to the Court that proper notice was given in accordance with L.B.R. 9013-1 and no timely objections have been filed, it is hereby ORDERED as follows:

1. That the Motion is GRANTED; and
2. That the Chapter 13 Trustee for Case No. 317-00243-MH-13 is authorized to remit $11,000.00 to the Chapter 7 Trustee, Jeanne Ann Burton, before paying any funds to the Debtor.

*This order was electronically signed and entered as indicated at the top of the first page.*

Submitted for Entry:

JEANNE ANN BURTON, PLLC

_/s/ Jeanne Ann Burton_

Jeanne Ann Burton
4117 Hillsboro Pike, Suite 103-116
Nashville, Tennessee 37215
615-678-6960
jeanne.burton@comcast.net

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.